**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1562**

_____

LINWOOD GRAY,

              Plaintiff - Appellant,

       v.

HOWARD L. STERN; SANDRA M. STERN,

              Defendants – Appellees,

       and

PEOPLES BANK OF MARYLAND,

              Defendant.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Catherine C. Blake, Chief District
Judge.  (8:13-cv-02219-CCB)

_____

Submitted:  October 21, 2014        Decided:  October 23, 2014

_____

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Linwood Gray, Appellant Pro Se.  Alvin Frederick, Daniel Russell
Hodges, ECCLESTON & WOLF, PC, Hanover, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linwood Gray appeals the district court's order dismissing his civil action as untimely filed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gray v. Stern</u>, No. 8:13-cv-02219-CCB (D. Md. May 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>